UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RODNEY LARA,

                    Plaintiff,                **NOTICE OF MOTION**

       -against-                        13 CV 6684 (DLC)

THE CITY OF NEW YORK, a municipal entity;
NEW YORK POLICE DEPARTMENT; POLICE
OFFICER ACOSTA, AND POLICE OFFICER GOMEZ
Of the 33rd Precinct.

                    Defendants.

----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Declaration of John W. Burns and the exhibits annexed hereto dated September 26, 2014; the Memorandum of Law dated September 26, 2014; and all the proceedings herein, defendant Police Officer Felix Acosta moves pursuant to New York State General Municipal Law § 50-k for an order compelling defendant CITY OF NEW YORK to assume his representation on the grounds that:

The Corporation Counsel for the City of New York's denial of its obligation to provide legal representation to Police Officer Felix Acosta pursuant to General Municipal Law § 50-k lacks a legal and factual basis and is therefore arbitrary and capricious and together with such other relief as the court deems just and proper.

**PLEASE TAKE NOTE**, that pursuant to this Court's Order of September 23, 2014 (ECF No. 27); Opposition to the herein motion is due October 1, 2014; Reply is due October 3, 2014.

Dated: New York, New York
       September 26, 2014

          Yours etc.

          WORTH, LONGWORTH & LONDON, LLP
          *Attorneys for Defendant*
          *Police Officer Felix Acosta*
          111 John Street, Suite 640
          New York, NY 10038
          (212) 964-8038

          By: _____/s/_____
              John W. Burns

To:

James F. Desmond, Jr.
Assistant Corporation Counsel
*Attorney for Defendant City of New York, et al.*
100 Church Street
New York, N.Y. 10007

Christopher H. Fitzgerald, Esq.
*Attorney for Plaintiff Rodney Lara*
233 Broadway, Suite 2348
New York, NY 10279

Anthony Difiore
The Quinn Law Firm, PLLC
*Attorney for Defendant Sgt. Gomez*
399 Knollwood Road, Suite 220
White Plains, NY 10603