UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
RODNEY LARA,                            :
                                        :      13cv6684 (DLC)
            Plaintiff,                  :
                                        :      ORDER
      -v-                               :
                                        :
THE CITY OF NEW YORK, a municipal       :
entity; NEW YORK POLICE DEPARTMENT;     :
POLICE OFFICER ACOSTA, and POLICE       :
OFFICER GOMEZ of the 33rd Precinct;     :
                                        :
            Defendants.                 :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On September 26, co-defendants Police Officer Acosta ("Acosta") and Police Officer Gomez separately filed motions to compel representation by defendant New York City. On October 23, the motions to compel were denied. On November 5, Acosta moved for reconsideration of the October 23 Opinion denying representation. Accordingly, it is hereby

   ORDERED that the motion for reconsideration is denied.

Dated:   New York, New York
         November 5, 2014

                                   _____
                                            DENISE COTE
                                   United States District Judge