Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

RODNEY LARA,

                        Plaintiff,

         -against-

THE CITY OF NEW YORK, a municipal entity; NEW YORK POLICE DEPARTMENT; POLICE OFFICER ACOSTA, and POLICE OFFICER GOMEZ of the 33rd Precinct,

                        Defendants.

------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 6684 (DLC)

11/14/2014

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that:

      1.  The above-referenced action is hereby dismissed with prejudice; and

[THE REST OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
*November 13*, 2014

Christopher H. Fitzgerald, Esq.
*Attorney for Plaintiff*
233 Broadway – Suite 2348
New York, New York 10279

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2370

By: _____
Christopher H. Fitzgerald, Esq.

By: _____
James F. Desmond, Jr.
*Assistant Corporation Counsel*

Worth, Longworth & London, LLP
*Attorneys for Defendant Felix Acosta*
111 John Street, Suite 640
New York, New York 10038

The Quinn Law Firm, PLLC
*Attorneys for Defendant Welinton Gomez*
399 Knollwood Road, Suite 220
White Plains, New York 10603

By: _____
John Burns, Esq.

By: _____
Anthony J. DiFiore, Esq.

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

Nov. 14, 2014

2